UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LEROY JOHNSON                              CIVIL ACTION

VERSUS

DOLENCORP, LLC                        NO.: 18-CV-00815-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 13)** pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiffs' **Motion to Remand (Doc. 5)**. The Magistrate Judge recommended that the Motion to Remand be denied, and this matter be referred to her for a scheduling conference. (Doc. 13 at p. 2).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (*Id.* at p. 1). Neither party objected. Having carefully considered the underlying Complaint, the instant motions, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report and Recommendation (Doc. 13)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiffs' **Motion to Remand (Doc. 5)** is **DENIED**.

IT IS FURTHER ORDERED that this matter be referred to the Magistrate Judge for the purposes of setting forth a scheduling order.

Baton Rouge, Louisiana, this 3rd day of June, 2019.

_____
**JUDGE BRIAN A. JACKSON,
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**